UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOYD STEPHENS,

        Plaintiff

-vs-

S & S SERVICES PROPERTY MANAGEMENT
COMPANY, INC., a Michigan corporation,
S & S SERVICES, INC., a Michigan
corporation, SILVIO SCAPPATICCI, an
individual and d/b/a PARKCREST APARTMENTS,
jointly and severally,

        Defendants.

Case No. 2:12-cv-10904-SJM-DRG

Hon. Stephen J. Murphy III

---

| | |
|---|---|
| JOHN M. LUCAS (P26072)<br>Attorney for Plaintiff<br>74 W. Long Lake Road, Suite 203<br>Bloomfield Hills, MI 48304<br>(248) 642-1191<br>jlucasatt@aol.com | KENNETH M. ESSAD (P36638)<br>Attorneys for Defendants<br>645 Griswold Street<br>Suite 2800<br>Detroit, MI 48226-4207<br>(313) 964-6300/FAX: (313) 964-6310<br>ken.essad@csetlaw.com<br>P36638 |

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED,** by and between counsel for the above-named parties, that

the above-captioned matter be dismissed as to all Defendants, with prejudice and without costs or

fees to any party.  This resolves all pending claims and closes the case in its entirety.

JOHN M. LUCAS (P26072)
Attorney for Plaintiff

KENNETH M. ESSAD (P36638)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOYD STEPHENS,

       Plaintiff

Case No. 2:12-cv-10904-SJM-DRG

-vs-

Hon. Stephen J. Murphy III

S&S SERVICES PROPERTY MANAGEMENT
COMPANY, INC., a Michigan corporation,
S&S SERVICES, INC., a Michigan
corporation, SILVIO SCAPPATICCI, an
individual and d/b/a PARKCREST APARTMENTS,
jointly and severally,

       Defendants.

_____/

## CERTIFICATE OF SERVICE

The Undersigned states that he is a partner with the firm of **CORBET, SHAW, ESSAD, TUCCIARONE & BONASSO, P.L.L.C.,** and that on July 30, 2012 , he electronically filed and served a **STIPULATION FOR DISMISSAL,** and this **CERTIFICATE OF SERVICE** upon:

JOHN M. LUCAS (P26072)
Attorney for Plaintiff
74 W. Long Lake Road, Suite 203
Bloomfield Hills, MI 48304
jlucasatt@aol.com

via the United States District Court's electronic filing system.

I declare that the above statements are true to the best of my knowledge, information and belief.

/s/Kenneth M. Essad
KENNETH M. ESSAD (P36638)
Attorneys for Defendants
645 Griswold Street
Suite 2800
Detroit, MI    48226-4207
(313) 964-6300/FAX: (313) 964-6310
ken.essad@csetlaw.com
P36638